UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Brainerd Mills Lodging Limited Partnership, a Minnesota partnership,<br><br>Plaintiff,<br><br>v.<br><br>Holiday Hospitality Franchising, Inc., a foreign corporation,<br><br>Defendant. | ) | Court File No. 00-CV-1373 PAM/JGL<br><br><br><br>**ORDER** |

A telephonic hearing was held on the plaintiff's motion for a temporary restraining order on Friday, June 2, 2000. Plaintiff submitted a brief and affidavit and was represented by Steven D. Kelley, Esq.; defendant was represented by Stanley E. Siegel, Jr., Esq. and James L. Forman, Esq. Pursuant to the parties' agreement and the Court's ruling:

IT IS HEREBY ORDERED that

1. Defendant will take no action with respect to terminating plaintiff as a Holiday Inn franchisee or with respect to deleting or removing plaintiff from defendant's nationwide reservation computer network until the Court rules on plaintiff's motion for a preliminary injunction.

2. Plaintiff's motion for a preliminary injunction is scheduled for June 30, 2000 at 2:00 p.m.

Doc# 1236581\1

FILED JUN 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. This order is conditioned upon plaintiff posting a bond in the amount of $25,000 on or before Tuesday June 6, at 3:00 p.m. In lieu of posting a bond, plaintiff may deposit the amount of $25,000 into the Court.

4. The parties are directed to participate in a settlement conference before Magistrate Judge Jonathan Lebedoff prior to the hearing on the preliminary injunction.

5. The Court makes no findings with respect to the merits of plaintiff's motion for a temporary restraining order at this time. The parties have agreed to defer argument and resolution of the merits of the motion to the briefing/hearing on plaintiff's preliminary injunction motion. The parties expressly reserve all rights with respect to the merits of plaintiff's motion.

Dated: June 9, 2000

BY THE COURT

Paul A. Magnuson
Judge of U.S. District Court

Doc# 1236581\1